**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INT. OF : M.B.           : No. 174 MM 2014
                                        :
                                        :

PETITION OF: DAUPHIN COUNTY     : Petition for Allowance of Appeal from the
CHILDREN & YOUTH SERVICES      : Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2014, the Petition for Review of Emergency Supersedeas Order Pursuant to Pa.R.A.P 3315 and Motion to Vacate is **DENIED**.